UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

Marcella T. Spinner,

        Plaintiff,

–v–

Raymond Morejon, *et al.*,

        Defendants.

20-cv-3885 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint request to extend the deadline for fact discovery (Dkt. No. 7). The Court has not yet entered the parties' proposed Case Management Plan filed on August 3, 2020, and no discovery deadlines are currently in effect. The request is therefore denied as moot. If the parties wish the Court to enter a Case Management Plan at this time, they should submit one along with a joint letter pursuant to this Court's Order of May 26, 2020. The joint letter and proposed Case Management Plan should be filed no later than seven days before the scheduled initial pretrial conference. If the Court determines that no initial pretrial conference is necessary, it will adjourn the conference and enter the Case Management Plan.

    The Court wishes Ms. Spinner well with her planned surgery.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge