UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcella T. Spinner,

                Plaintiff,

      –v–

Raymond Morejon, *et al.*,

                Defendants.

20-cv-3885 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties should submit a brief letter clarifying whether, consistent with point 1 of their proposed case management plan, the parties consent to conducting all further proceedings before a magistrate judge. If so, the Court will enter an order referring the matter to a magistrate judge pursuant to 28 U.S.C. § 636(c) for all purposes, including trial.

    SO ORDERED.

Dated: October 29, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge