UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCELLA T. SPINNER,

                              Plaintiff,                              20-CV-3885 (AJN)(SN)

           -against-                                        **ORDER**

RAYMOND MOREJON, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 30, 2020, the Honorable Alison J. Nathan referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c). The parties are directed to complete the Consent to Proceed Before US Magistrate Judge form, available on the Court's website, and submit that form to Judge Nathan for her signature.

      A status conference is scheduled for Thursday, November 19, 2020, at 10:00 a.m., to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      November 6, 2020
                   New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020