```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCELLA T. SPINNER,

                          **Plaintiff,**                  20-CV-3885 (SN)

            -against-                       **ORDER**

RAYMOND MOREJON, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 19, 2020, the parties appeared for a Status Conference. Following the conference, the Court ORDERS the following:

**Discovery**. All discovery shall be completed by Friday, April 30, 2021.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Friday, January 15, 2021.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      November 20, 2020
               New York, New York