```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCELLA T. SPINNER,

                             **Plaintiff,**                            20-CV-3885 (SN)

                -against-                                 <u>**ORDER**</u>

RAYMOND MOREJON, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The settlement conference scheduled for March 22, 2021, at 10:00 a.m. is adjourned *sine die*. The parties shall file a joint status letter on April 15, 2021, which shall discuss the progress, if any, of settlement negotiations and the status of the Workers Compensation Board's approval. If at any point the parties wish to reschedule the settlement conference, they should contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                                   _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       March 17, 2021
                 New York, New York